# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAN Y., | Case No. 25-CV-4657 (NEB/DJF) |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, ET AL., | |
| Respondents. | |

Pursuant to the Parties' Stipulation for Transfer (ECF No. 10), and based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that this matter is TRANSFERRED to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1406(a).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 22, 2025

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge