# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Willian Patricio Taolombo Yanchaliquin,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Ryan Shea,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-4657 (NEB/DJF) |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is TRANSFERRED to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1406(a).

Date: 12/22/2025                                                                                    KATE M. FOGARTY, CLERK